**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00094-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. OSCAR HERNANDEZ-ARTEAGA,
     a/k/a Javier Zuniga-Acosta,
     a/k/a Melvin Zuniga-Acosta,
     a/k/a Henry Zuniga-Acosta,
     a/k/a Henry Jose Zuniga-Acosta,
     a/k/a Javier Gonzales-Acosta,
     a/k/a Javier Acosta
     a/k/a Melvin Orlando-Zuniga,
     a/k/a Melvin Orlando Zuniga-Acosta,
     a/k/a Javier Gonzales,
     a/k/a Javier Zuniga,

     Defendant.

---

**MINUTE ORDER**[1]

---

     At the oral request of the parties, the sentencing hearing set for December 2, 2011, is **VACATED** and is **CONTINUED** to **December 19, 2011**, at 10:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated: November 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.