# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00094-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR HERNANDEZ-ARTEAGA,
    a/k/a Javier Zuniga-Acosta,
    a/k/a Melvin Zuniga-Acosta,
    a/k/a Henry Zuniga-Acosta,
    a/k/a Henry Jose Zuniga-Acosta,
    a/k/a Javier Gonzales-Acosta,
    a/k/a Javier Acosta
    a/k/a Melvin Orlando-Zuniga,
    a/k/a Melvin Orlando Zuniga-Acosta,
    a/k/a Javier Gonzales,
    a/k/a Javier Zuniga,

    Defendant.

## MINUTE ORDER[1]

On **January 26, 2012**, commencing at 2:30 p.m., the court shall conduct a sentencing hearing in this matter. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: January 6, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.